UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALBONA PEPAJ,

        Plaintiff,

-against-

INNOVATIVE FACILITY SERVICE, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2023

23-CV-7159 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated November 17, 2023 (Dkt. 10), the Court advised plaintiff Valbona Pepaj that she may wish to contact the New York Legal Assistance Group (NYLAG) Clinic for Pro Se Litigants in the Southern District of New York. A copy of a flyer with details about the clinic is attached to this Order.

Dated: New York, New York
       November 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York.  The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

**Thurgood Marshall United States Courthouse**
Room LL22
40 Centre Street
New York, NY 10007
Our office is just inside the ground-level entrance to the courthouse, on Pearl Street.

**Open weekdays 10 a.m. - 4 p.m.**
Closed on federal and court holidays

To make an appointment for a consultation, call (212) 659-6190 ~~or stop by the clinic during office hours.~~ Please note that a government-issued photo ID is required to enter the building.

~~**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**~~

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.


a beneficiary of UJA Federation of New York