```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/11/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALBONA PEPAJ, | 23-CV-7159 (JPC) (BCM) |
| Plaintiff, | |
| -against- | **ORDER** |
| INNOVATIVE FACILITY SERVICES, LLC, et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of (i) plaintiff's March 8, 2024 motion for the entry of a default judgment against defendants Innovative Facility Services, LLC and Alex Cabral (Dkt. 32); (ii) defendants' appearance in this action, through counsel (Dkts. 38, 39), and (iii) defendants' April 8, 2024 response to plaintiff's motion, in which they cross-move for an order vacating the certificates of default entered against them pursuant to Fed. R. Civ. P. 55(c), denying plaintiff's motion for the entry of a default judgment, and permitting them to move to dismiss "under Fed. R. Civ. P. 12(b)(1), 12(b)(5), and 12(b)(6), or in the alternative, to compel mandatory mediation and arbitration pursuant to the operative collective bargaining agreement[.]" (Dkt. 42 at 1.)

If plaintiff wishes to respond to defendants' cross-motion, she must do so no later than no later than **April 25, 2024**.

Dated: New York, New York
April 11, 2024

_____
**BARBARA MOSES**
**United States Magistrate Judge**