```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALBONA PEPAJ,

             Plaintiff,

    -against-

INNOVATIVE FACILITY SERVICE, et al.,

             Defendants.

23-CV-7159 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of (1) plaintiff's letter, dated June 28, 2024 (Dkt. 58), requesting a 14-day extension of her deadline to respond to defendants' motion to dismiss; and (2) defendants' letter, dated July 16, 2024 (Dkt. 59), informing the Court that defendants do not object to plaintiff's request, and requesting a 14-day extension for defendants' reply.

The parties' requests are GRANTED. Plaintiff's deadline to respond to defendants' motion is **July 31, 2024**. Defendant's deadline to submit their reply is **August 21, 2024**.

Dated: New York, New York
      July 17, 2024

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**