UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
VALBONA PEPAJ, :
:
Plaintiff, :
: 23 Civ. 7159 (JPC) (BCM)
-v- :
: ORDER
INNOVATIVE FACILITY SERVICE *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Honorable Barbara C. Moses issued an order compelling arbitration and staying this action pending arbitration, and, in the alternative, recommending dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. 68 at 22.[1] A motion to compel arbitration is within the authority of a Magistrate Judge to "hear and determine any pretrial matter pending before the court" without issuing a Report and Recommendation. 28 U.S.C. § 636(b)(1)(A); *see Legal Recovery Assocs. LLC v. Brenes L. Grp., P.C.*, No. 22 Civ. 1778 (ER) (BCM), 2023 WL 1382134, at *1 n.2 (S.D.N.Y. Jan. 31, 2023) (collecting cases).

On January 2, 2025, the Court extended Plaintiff's deadline to object to Judge Moses's Order to January 14, 2025. Dkt. 71. That deadline has now passed, and Plaintiff has neither objected to Judge Moses's Order nor sought a further extension of time to do so. Accordingly, the parties are ordered to commence arbitration within sixty days of the date of this Order.

SO ORDERED.

Dated: January 21, 2025
      New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge

---

[1] Judge Moses recommended dismissal of Plaintiff's Title VII claim with prejudice pursuant to Rule 12(b)(6), and dismissal of her claims under the New York State Human Rights Law and the New York City Human Rights Law without prejudice under Rule 12(b)(1).